UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL A. WINCHCOMBE,<br>Plaintiff,<br>-against-<br>MELISSA McMORRIS, et al.,<br>Defendants. | 26-CV-1364 (JGLC)<br>**ORDER OF SERVICE** |

JESSICA G. L. CLARKE, United States District Judge:

Plaintiff, who is proceeding pro se, was granted leave to proceed without prepayment of fees. ECF No. 5.

The Clerk of Court is directed to issue (1) summonses as to Defendants New York State Police Trooper Megan McCloud and New York State Police Investigator Melissa McMorris; (2) complete USM-285 forms with the service addresses for these defendants; and (3) deliver all necessary documents to effect service of summonses and the complaint on these defendants to the United States Marshals Service.

The Clerk of Court is further directed to mail a copy of this Order to Plaintiff.

Dated: October 26, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge